# United States Court of Appeals for the Fifth Circuit

---

No. 23-50614
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2024

Lyle W. Cayce
Clerk

John Bernard Williams, III,

*Plaintiff—Appellant*,

*versus*

Hon. Jefferson Moore; Hon. Kristina Escalona; Hon. Ron Rangel; Hon. Melisa Skinner; Chief Justice Rebecca Martinez; B.C.D.A. Joe Gonzales; (Ret.) Hon. Charles J. Ramsay; Edward Frances Shaughnessy, III*, Atty*; Ray Fuchs, *Fiduciary*; Richard Langlois, *Dec'd Estate*; Leo Caldera, *CIV. B.C.A.*; Unknown Defendants, *Et al.*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-770

---

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50614

John Bernard Williams, III, Texas prisoner # 02425623, has filed a pro se appeal from the district court's denial of his Federal Rule of Civil Procedure 60(b) motion challenging the dismissal of his 42 U.S.C. § 1983 action and the denial of his motion to proceed in forma pauperis in the district court.

Williams does not meaningfully address the district court's denial of his motion or its stated reasons for dismissing his complaint. *Brinkmann v. Abner*, 813 F.2d 744, 748 (5th Cir. 1987). He has therefore abandoned any challenge to the district court's dismissal of his complaint or denial of his Rule 60(b) motion. *Id.*

Because the appeal lacks arguable merit and is therefore frivolous, it is DISMISSED. *See* 5TH CIR. R. 42.2; *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). His motions are DENIED.